JOHN J. HAYDEN ET AL *v*. JOSEPH E. TEMPLE AND BARKER.

**Partnership—Partnership and Individual Debts—Application of Payment.**
  A creditor who holds notes against a party individually, and against
  a firm of which he is a member, may appropriate a remitance, in the
  absence of directions, to apply to the firm account, to the payment of
  the individual indebtedness.

APPEAL FROM MONTGOMERY CIRCUIT COURT.

June 25, 1869.

OPINION OF THE COURT BY JUDGE ROBERTSON:

As a party to the issue and liable for costs Hayden was an
incompetent witness, and the circuit court did not err in so
deciding.

Without his testimony there is no difficulty in the case, as he
owed on his individual acount more than the amount of the check
transmitted to the appellees without direction to appropriate it to
the partnership note, they had a legal right to apply the amount
to his individual notes, as they did. And that right was fortified
by the note enclosing the check. The check purported to be his
individually, and the note was also in his individual name without
any illusion to the partnership, or its money or debt.

The judgment is apparently right and is therefore *affirmed.*

*Haz. & Winn, for appellants.*

*Hazlerigg & Winn, for appellants.*